**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIE GARDLEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 20 CV 5149 |
| | ) | |
| v. | ) | |
| | ) | **JUDGE KENNELLY** |
| City of Chicago, Chicago Police | ) | |
| Detectives John Korolis, Star No. 21339, | ) | |
| and Michele Wood, Star No. 2005, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   All Parties of Record

**PLEASE TAKE NOTICE** that on November 12, 2020, the undersigned electronically filed with the Clerk of this Court, the **FIRST AMENDED COMPLAINT** the service of which is being made upon you.

s/Garrett Browne

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020, I filed and served the foregoing with the Clerk of the Court using the CM/ECF system.

s/Garrett Browne

ED FOX & ASSOCIATES, Ltd.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
efox@efoxlaw.com